Submitted on record and briefs December 22, 1977, affirmed
January 16, 1978

PRASSIS, *Petitioner,*

*v.*

EMPLOYMENT DIVISION et al, *Respondents.*

(No. 77-AB-806, CA 8742)

572 P2d 1336

Tom P. Prassis, New York, N.Y., filed the brief pro se for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Jan P. Londahl, Assistant Attorney General, Salem, filed the brief for respondent Employment Division.

No appearance for respondent Moyer Theaters, Larry M. Levin, General Manager.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

Affirmed. *Stromberg v. Employment Division,* 25 Or App 455, 549 P2d 686 (1976); *Cantrell v. Employment Division,* 24 Or App 215, 545 P2d 143, *rev den* (1976).